No. 01–834. CITY OF LYNN *v.* THOMPSON. Sup. Jud. Ct. Mass. Certiorari denied.

No. 01–837. SLONIMSKY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–839. THOUSAND *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 01–841. CHENOWETH *v.* HILLSBOROUGH COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 01–842. DILLARD DEPARTMENT STORES, INC. *v.* HAMPTON. C. A. 10th Cir. Certiorari denied.

No. 01–843. CORDOBA ET AL. *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 10th Cir. Certiorari denied.

No. 01–848. YOUNG ET AL. *v.* TOLES; and ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* HANNON. C. A. 4th Cir. Certiorari denied.

No. 01–849. COWLES *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 01–851. PALAC *v.* SMITH ET AL. Ct. App. Ohio, Trumbull County. Certiorari denied.

No. 01–852. FLORIDA ET AL. *v.* STATE CONTRACTING & ENGINEERING CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 01–855. SCHAEFER *v.* STATE BAR OF NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 01–856. MANN *v.* BROWN ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–859. CAPPS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–860. DETTLAFF *v.* HADDOCK ET AL. Ct. App. Ore. Certiorari denied.